1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,           ) Case No. 08MJ0862
                                         )
11 |        Plaintiff,                   )
                                         )
12 | v.                                  ) **NOTICE OF APPEARANCE**
                                         )
13 | **JESUS ZAMORA-GARCIA,**            )
                                         )
14 |                                     )
          Defendant.                     )
15 | _____     )

16    Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

17 R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18 the above-captioned case.

19                              Respectfully submitted,

20

21 Dated: March 24, 2008          /s/ *Robert R. Henssler, Jr.*
                                  **ROBERT R. HENSSLER, JR.**
22                                Federal Defenders of San Diego, Inc.
                                  Robert_Henssler@fd.org
23

24

25

26

27

28

Case 3:08-cr-01228-H    Document 5    Filed 03/24/2008    Page 2 of 2

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: March 24, 2008                    */s/ Robert R. Henssler, Jr.*
                                         **ROBERT R. HENSSLER, JR.**
                                         Federal Defenders of San Diego, Inc.
                                         Robert_Henssler@fd.org

2